UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BALDINO'S LOCK & KEY SERVICE, INC., et al.**,<br><br>Plaintiffs,<br><br>v.<br><br>**GOOGLE LLC, et al.**,<br><br>Defendants. | Case No. 1:16-cv-02360 (TNM) |

## ORDER

Upon consideration of the Defendants' Motion to Dismiss the First Amended Complaint for failure to state a claim upon which relief can be granted, the pleadings, relevant law, and related legal memoranda in opposition and in support, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Defendants' Motion to Dismiss is GRANTED. Counts I-V and VII-VIII are DISMISSED WITH PREJUDICE. The breach of contract claim, Count VI, is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED**.

Dated: January 11, 2018

/s/
TREVOR N. MCFADDEN
United States District Judge

1